26-mj-306

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AGAINST EDWARD LEE FRITH

I, Bryan Engle, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and an accompanying arrest warrant for **EDWARD LEE FRITH ("FRITH")**. All dates, locations, and amounts listed in my affidavit are approximations.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed in that capacity since February 2022. In my duties as an FBI SA, I investigate violations of federal law, including violent crime, bank robbery, gangs, fugitives, organized auto theft and narcotics trafficking. I have training and experience in exploiting and using data collected from electronic communication devices in the investigation and prosecution of criminal violations.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses and others associated with this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all of my knowledge about this matter.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 875(c) (Threatening Interstate Communications) was committed by **FRITH** in the Southern District of Alabama and elsewhere.

## PROBABLE CAUSE

5. **FRITH** is a resident of Baldwin County, Alabama, located in the Southern District of Alabama.

6. Epic Games is an American video game and software developer which provides online gaming, including popular games such as Fortnite, Unreal Engine and an Epic Games store. Many of the games available through Epic Games include player-to-player voice communication and chat features. Epic Games operates global server regions using major cloud networks like Amazon Web Services, which are based in Ashburn, Virginia; Dallas, Texas; and data centers in Oregon and California. Based on publicly available information, other domestic servers used by Epic Games are located in Portland, Oregon; San Jose, California; Omaha, Nebraska; Oklahoma City, Oklahoma; Columbus, Ohio; Atlanta, Georgia; and Norfolk, Virginia.

7. On September 20, 2026, Epic Games made a voluntary emergency disclosure to the FBI National Threat Operations Section (NTOS) Exigent Threat Research and Analysis Crisis Team (EXTRACT) relating to a series of statements made on Epic's platform by someone utilizing the username "WagesOfNinja."

8. Epic Games also provided the following information relating to the user that made the statements:

Username(s): WagesOfNinja

DOB: Unknown

Country: United States

Legal Name on file: edward frith

Epic Display Name: WagesOfNinja

Epic Account ID: aad158c0d9e24cf6ac21bb2e96d51e60

Epic Login IP: 38.88.24.107

Email: thedragononi1997@gmail.com

9. Epic also disclosed that this account was accessed over 1,700 times from IP addresses geolocating to Alabama, most recently on September 21, 2026, at 1:33 (UTC).

10. Investigators utilized Lexis Nexis, among other tools, and determined that the username "WagesOfNinja" and the legal name on file of "edward frith" (sic) matched an individual identified as: Edward Lee Frith Jr, date of birth 07/22/1997, address 11130 County Road 32 Lot C, Fairhope, AL, 36532 and previous address of 7641 Claremont Dr, Foley, AL, 36535 (Aug 2016-May 2024).

11. Epic reported the nature of the statements made by "WagesOfNinja" as follows:

- "*letting all my rage out because i want to literally murder somebody"*
- *"i think about it every day every day i think about murdering somebody in cold blood but i don't do it because i like my freedom i'd rather die than go to prison i'll tell you that"*
- *"Yeah, I'm pretty sure that if I did get arrested for something like that, I'd probably end up killing a cop, and then I'd kill myself"*
- *"Let's see if the FBI is going to show up at my door because I'll shoot them motherfuckers too"*
- *"I'm going to become a murderer one day"*
- *"And I'm going to fucking kill people"*
- *"It's a fucking black cloud, a very specific person or small group of people who have chosen to try to make my life absolutely hell"*

- *"so one day i'm going to turn into that person just like the people you see on the fucking videos on youtube where they fucking run up to the police officer and they have no reason to at all and then they make the police kill them i'm gonna be that guy"*

12. An audio recording of the statements was also provided to FBI Mobile. Affiant has reviewed the audio recordings and confirms that the above-listed quotations are fairly and accurately transcribed, and that the statements contain threatening language regarding killing police officers or FBI agents, among other threats.

13. Title 18, United States Code, Section 875(c) prohibits transmission in interstate or foreign commerce of any communication containing any threat to kidnap any person or any threat to injure the person of another.

14. Based on my training and experience, I submit that FRITH's communications, as recorded and reported by Epic Games, constitute a threat to injure the person of another.

15. Accordingly, I respectfully request that the Court issue a criminal complaint and an accompanying arrest warrant for **EDWARD LEE FRITH,** for a violation of 18 U.S.C. § 875(c) (Threatening Interstate Communications).

[signature on following page]

Respectfully submitted,

Bryan Engle
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(A) THIS
21st DAY OF SEPTEMBER, 2026.

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2026.09.21 15:47:37 -05'00'

HONORABLE P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE