**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **vs.** | * | **MJ No. 26-00306** |
| | * | |
| **EDWARD LEE FRITH** | * | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, **EDWARD LEE FRITH** pursuant to Title 18, United States Code, Section 3142 (e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because this case involved:

A. _X_ Crime of Violence (18 U.S.C. § 3156);

B. ____ This is an offense for which the maximum sentence is life imprisonment or death;

C. ___ This is a drug offense for which a maximum term of imprisonment of ten years or more is prescribed;

D. ___ The above-named defendant(s) has committed a felony after having been convicted of two or more prior offenses described in paragraphs A through C, or two or more state or local offenses that would have been offenses described in paragraphs A through C if a circumstance giving rise to Federal jurisdiction had existed;

E. ____ Any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code;

F. ____ There is a serious risk that the above-named defendant will flee;

G. _X_ There is a serious risk that the above-named defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

2. Reason for Detention. The court should detain the defendant because there are no conditions or combination of conditions of release which will reasonably assure:

A. ____ The defendant's appearance as required; and/or

B. _X_ The safety of any other person and/or the community.

3. Rebuttable Presumption. The United States **will not** invoke the rebuttable presumption against the defendant pursuant to Title 18, United States Code, Section 3142(e). If yes, the rebuttable presumption arises because:

A. ____ There is probable cause to believe that the defendant committed a drug offense for which a maximum term of imprisonment of ten years or more is prescribed **or** an offense under Title 18, United States Code, Section 924(c).

B. ____ The defendant has been convicted of a Federal offense as described in Title 18, United States Code, Section 3142(f)(1), or of a state or local offense that would have been an offense described in the above section if a circumstance giving rise to Federal jurisdiction had existed; and

C. ___ The defendant committed the offense described in paragraph B above while on release pending trial for a Federal, State, or local offense; and

D. ___ A period of not more than five years has elapsed since the date of conviction for offense described in paragraph C above, or the release of the person from imprisonment, whichever is later.

E. ___ The defendant is alleged to have committed a crime concerning the exploitation of a child as referred to in Title 18, United States Code, Section 3142(e).

4. Time for Detention Hearing. The United States, by and through the undersigned Assistant United States Attorney, requests that this court conduct a detention hearing:

A. _X_ At first appearance; or

B. ____ After a continuance of 3 days (not to exceed three days).

Dated 23rd day of September, 2026.

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

*/s/ Lauren H. Walsh*
Lauren H. Walsh
Assistant United States Attorney
United States Attorney's Office
11 N. Water Street, Suite 30100
Mobile, Alabama 36602
Telephone: (251) 415-7137

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record for the defendant.

*/s/ Lauren H. Walsh*
Lauren H. Walsh
Assistant United States Attorney