(17)

LHW

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
SEP 2 3 2026
CHRISTOPHER L. EKMAN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 26-169-KD |
| | * | MJ NO. 26-00306 |
| v. | * | USAO NO. 26R00304 |
| | * | |
| EDWARD LEE FRITH | * | VIOLATION: 18 U.S.C. § 875(c) |
| | * | |
| | * | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Interstate Threatening Communications**
**Title 18, United States Code, Section 875(c)**

On or about September 20, 2026, in the Southern District of Alabama, the defendant,

**EDWARD LEE FRITH,**

knowingly and willfully transmitted in interstate and foreign commerce a communication, to-wit: verbal statements via Epic Games, and the communication contained a threat to injure the person of another, including police officers and members of the Federal Bureau of Investigation. Specifically, the defendant stated:

- "letting all my rage out because I want to literally murder somebody"
- "I think about it every day every day I think about murdering somebody in cold blood but I don't do it because I like my freedom I'd rather die than go to prison I'll tell you that"
- "Yeah, I'm pretty sure that if I did get if I did get arrested for something like that, I'd fucking I'd probably end up killing the cop killing a cop, and then I'd kill myself"

- "Let's see if the FBI is going to show up at my door because I'll shoot them motherfuckers too"
- "I'm going to become a murderer one day"
- "And I'm going to fucking kill people"
- "so one day I'm going to turn into that person just like the people you see on the fucking videos on YouTube where they fucking run up to the police officer and they have no reason to at all and then they make the police kill them I'm gonna be that guy"

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

LAUREN H. WALSH
Assistant United States Attorney

KASEE S. HEISTERHAGEN
Chief, Criminal Division

SEPTEMBER 2026