UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 26-169-KD |
| | ) | |
| EDWARD LEE FRITH, | ) | |
| Defendant. | ) | |

MOTION TO TRANSPORT FOR MEDICAL APPPOINTMENT

NOW COMES the defendant and moves the court to transport him from the Baldwin County Corrections Center, where he is detained pre-trial, to the Alta Point facility at 915 W. Laurel Ave., Foley, Alabama so to arrive at 10:15 a.m. on Tuesday, October 6, 2016 and keep an appointment with Dr. John Olsen. (See attached appointment reminder). The court was advised of this scheduled appointment at the Monday, September 28 detention hearing.

/s/ Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Defendant
465 Dauphin Street
Mobile, Alabama 36602
(251) 432-0380

CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to AUSA Lauren Walsh.

/s/ Arthur J. Madden, III

Run Date: 10/01/2026 2:23:40 PM



# Appointment Reminder

915 W. Laurel Ave.
Foley, AL - 36535
251-929-5410

**FRITH,EDWARD LEE (139069)**

Please arrive 15 minutes before your appoinment.
If you need to cancel, call the office at least 24 hours before your appointment.

| Date | Start Time | Site | Practitioner | Service | Group |
|---|---|---|---|---|---|
| 10/06/2026 | 10:30 AM | Foley Outpatient | JOHN OLSEN , DO | Appointment - Individual | |