2

LHW

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED IN OPEN COURT
OCT 28 2026
CHRISTOPHER EKMAN
CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * **CRIM. NO. 26-00169-KD** |
| | * **USAO NO. 26R00304** |
| **v.** | * |
| | * **VIOLATION: 18 U.S.C. § 875(c)** |
| **EDWARD LEE FRITH** | * |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**Interstate Threatening Communications**
**Title 18, United States Code, Section 875(c)**

On or about September 20, 2026, in the Southern District of Alabama, the defendant,

**EDWARD LEE FRITH,**

knowingly and willfully transmitted in interstate and foreign commerce a communication, to-wit: verbal statements via Epic Games, and the communication contained a threat to injure members of the Federal Bureau of Investigation and law enforcement. Specifically, the defendant stated:

- "Yeah, I'm pretty sure that if I did get if I did get arrested for something like that, I'd fucking I'd probably end up killing the cop killing a cop, and then I'd kill myself"
- "Let's see if the FBI is going to show up at my door because I'll shoot them motherfuckers too"
- "so one day I'm going to turn into that person just like the people you see on the fucking videos on YouTube where they fucking run up to the police officer and they have no reason to at all and then they make the police kill them I'm gonna be that guy"

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

______________________________
FOREPERSON, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

Lauren H. Walsh
LAUREN H. WALSH
Assistant United States Attorney

Kasee S. Heisterhagen
KASEE S. HEISTERHAGEN
Chief, Criminal Division

OCTOBER 2026